AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25-mj-25-293-MDC |
| JULIO PENA-GARCIA | ) | |
| Defendant | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | USDC<br>300 Las Vegas Blvd So<br>Las Vegas, NV 89101 | Courtroom No.: | Magistrate Judge Daniel J. Albregts, 3A |
|---|---|---|---|
| | | Date and Time: | 04/07/2025 @ 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 4, 2025

_____
*Judge's signature*

MAXIMILIANO D COUVILLIER, III,
*Printed name and title*